

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On May 21, 2015, appellant filed a motion asking this court to deny the motion to withdraw filed by appellee's counsel. This court granted the motion the motion to withdraw on May 20, 2015, before appellant filed her motion. Accordingly, we **DENY AS MOOT** appellant's motion to deny counsel's request to withdraw. Then, on May 27, 2015, appellant filed two additional motions – a motion to disqualify appellee's counsel, seemingly contrary to her May 21, 2015 motion asking us to deny the motion to withdraw, and a motion "to void" the extension of time this court granted with regard to the filing of appellee's brief, which was granted based on the withdrawal of appellee's counsel. We have reviewed the May 27, 2015 motions and **DENY** them as well.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court